AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00680 |
| JEFFREY WILLIAM HUBBARD | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 12/6/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JEFFREY WILLIAM HUBBARD__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

2021.12.06
14:29:39 -05'00'
_____
Issuing officer's signature

Date: 12/06/2021

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

City and state: Washington, D.C.

### Return

This warrant was received on *(date)* 12/6/21, and the person was arrested on *(date)* 12/8/21
at *(city and state)* [REDACTED] LINCOLN CITY

Date: 12/8/21

_____
Arresting officer's signature

FBI SA CHARLES GRAVIS
Printed name and title